## Cramm's Estate.

Argued March 21, 1938. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Fred C. Kiebort,* of *Thomas & Kiebort,* for appellants.

*G. Wayne Altenburg,* for appellee, was not heard.

PER CURIAM, April 18, 1938:

The judgment of the Superior Court is affirmed on the opinion of Judge STADTFELD. Costs to be paid by appellants.